IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BELVAC PRODUCTION MACHINERY, INC., *Plaintiff*, | CIVIL NO. 6:06cv00034 |
| v. | |
| STANDARD INDUSTRIAL PRODUCTS CO., INC., *Defendant and Third-Party Plaintiff*, | ORDER |
| v. | |
| MOTOVARIO CORP., *Third-Party Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on Motorvario Corporation's Motion To Vacate Default, filed on April 13, 2007 (docket entry no. 37). For the reasons stated in the accompanying Memorandum Opinion, this motion is hereby GRANTED. The Order for Entry of Default by Clerk (docket entry no. 27) and the Clerk's Entry of Default (docket entry no. 28) are hereby VACATED and SET ASIDE. Motovario's answer, filed as an exhibit to its Motion to Vacate Default (docket entry no. 37) is deemed to be timely filed.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

*April 23, 2007*
Date