IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BELVAC PRODUCTION MACHINERY, INC., *Plaintiff,* | CIVIL NO. 6:06cv00034 |
| v. | ORDER |
| STANDARD INDUSTRIAL PRODUCTS CO., INC., *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion To Dismiss "Count II — Indemnity" for Failure To State a Claim Upon Which Relief Can Be Granted, filed on October 20, 2006 (docket entry no. 8). For the reasons stated in the accompanying Memorandum Opinion, this motion is hereby DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

April 23, 2007
Date